**ARMILLA STALEY-NGOMO**
California State Bar No. 259686
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Armilla_Staley-Ngomo@fd.org

Attorneys for SHAPOUR MOINIAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21MJ3884-AGS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| SHAPOUR MOINIAN, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Armilla Staley-Ngomo, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: October 5, 2021

*s/ Armilla Staley-Ngomo*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Moinian
Email: Armilla_Staley-Ngomo@fd.org